**THE CITY OF NEW YORK**

# LAW DEPARTMENT

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**KERRIN A. BOWERS**
Labor & Employment Law Division
Phone: (212) 356-2473
kbowers@law.nyc.gov

July 12, 2022

**By ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:    Kociubinski v. NYC Health and Hospital Corp.,
22 Civ. 2865 (ENV)(CLP)

Dear Judge Vitaliano:

I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendant New York City Health and Hospitals Corporation in the above-referenced action. I write to respectfully request a 60-day extension of time, from July 14, 2022, to September 12, 2022, to respond to the Complaint in this action. This is the first request for an extension of Defendant's time to respond to the Complaint, and Plaintiff's counsel consents to this request. This request does not impact any existing deadlines in the case.

Plaintiff commenced this action on behalf of herself and a putative collective alleging that Defendant violated the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, and the New York State Labor Law by failing to pay Plaintiff according to certain minimum and overtime wage provisions. The requested extension will provide me with the requisite time to investigate Plaintiff's allegations set forth in the Complaint. This investigation will require identifying and interviewing City employees at Plaintiff's work location and locating and reviewing voluminous payroll and timekeeping records. Defendant believes a 60-day extension will allow for adequate time to complete this investigation and draft Defendant's response.

Accordingly, Defendant respectfully requests that the deadline to respond to the Complaint be extended from July 14, 2022, to September 12, 2022. Defendant thanks the Court for its consideration of this request.

Respectfully Submitted,

/s/

Kerrin A. Bowers
Assistant Corporation Counsel

cc:    Jason Mizrahi (By ECF)
       Attorney for Plaintiff

2