

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**KERRIN A. BOWERS**
Labor & Employment Law Division
Phone: (212) 356-2473
kbowers@law.nyc.gov

September 8, 2022

**<u>VIA ECF</u>**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    <u>Kociubinski v. NYC Health and Hospital Corp.</u>,
> 22 Civ. 2865 (ENV)(CLP)

Dear Judge Pollak:

I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendant New York City Health and Hospitals Corporation ("H+H") in the above-referenced case. I write to respectfully request an additional 30-days, from September 12, 2022 to October 12, 2022, to respond to the Complaint in this action. This is the second request for an extension of time and it is being made with the consent of plaintiff.

The request is being made to allow the parties time to pursue settlement negotiations and attempt to resolve this action, prior to proceeding further with the litigation. Defendant is in receipt of a settlement demand from plaintiff, which defendant is in the processing of assessing.

I appreciate the Court's attention and consideration of this request.

Respectfully submitted,
/s/
Kerrin A. Bowers
Assistant Corporation Counsel

cc:  Jason Mizrahi
     Attorney for Plaintiff