

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**KERRIN A. BOWERS**
Labor & Employment Law Division
Phone: (212) 356-2473
kbowers@law.nyc.gov

October 6, 2022

<u>**VIA ECF**</u>
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Kociubinski v. NYC Health and Hospital Corp.</u>,
       22 Civ. 2865 (ENV) (CLP)

Dear Judge Pollak:

   I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendant New York City Health and Hospitals Corporation ("H+H") in the above-referenced case. I write to respectfully request an additional extension of time, from October 12, 2022 to November 15, 2022, to respond to the Complaint in this action. This is the third request for an extension of time and it is being made with the consent of plaintiff.

   The request is being made to allow the parties time to continue to pursue settlement negotiations and attempt to resolve this action, prior to proceeding further with the litigation. Defendant has provided plaintiff's counsel with the payroll records of the named plaintiff in this case and anticipates receiving additional payroll records of the two opt-in plaintiffs at the end of next week.

   In addition, defendant requests that the initial conference, presently scheduled for October 19, 2022, be adjourned to a date after November 15, 2022. This request is also being made with the consent of plaintiff.

   I appreciate the Court's attention and consideration of this request.

Respectfully submitted,
/s/
Kerrin A. Bowers
Assistant Corporation Counsel

cc:  Jason Mizrahi
     Attorney for Plaintiff