

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KERRIN A. BOWERS**
Labor & Employment Law Division
Phone: (212) 356-2473
kbowers@law.nyc.gov

December 12, 2022

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:    Kociubinski v. NYC Health and Hospital Corp.,
22 Civ. 02865 (ENV) (CLP)

Dear Judge Vitaliano:

I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendant New York City Health and Hospitals Corporation ("H+H") in the above referenced case. I write, on behalf of the parties, pursuant to Your Honor's November 23, 2022 Order directing the parties to file a joint proposed briefing schedule for defendant's motion to dismiss the complaint in part.

On December 1, 2022, the parties participated in an initial conference with Judge Pollak and, at that time, agreed to attend a settlement conference on February 3, 2023. In light of this, the parties ask that the Court allow the parties to participate in the settlement conference prior to proceeding with motion practice. If the Court is agreeable, the parties propose the following briefing schedule:

- Defendant to file its motion to dismiss in part on or before February 24, 2023.
- Plaintiff to file opposition on or before March 17, 2023.
- Defendant to file reply on or before March 31, 2023.

We appreciate the Court's attention and consideration of this request.

Respectfully submitted,
   /s/
Kerrin A. Bowers
Assistant Corporation Counsel

cc:  Counsel of Record (via ECF)

2