# EXHIBIT C

| Jawwad Butt - TKID#: 100022596 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Monthly breakdown | # STB Shifts | Total average Actual STB Hours Worked | # STB OT hours | Paid Amount (STB) $ | Hours Paid for | Dates paid | Uknown Substractions Made | Gap |
| 02/07/2021-03/06/2021 | 17 | 189.5 | 10 | $6,929.70 | 299.73 | 03/05/2021,03/19/2021,04/02/2021,04/16/2021 | | |
| 03/07/2021-04/03/2021 | 15 | 167 | 8 | $3,560.01 | 153.98 | 04/16/2021, 04/30/2021, 05/14/2021 | | |
| 04/04/2021-05/01/2021 | 14 | 161 | 6 | $3,838.09 | 166.01 | 05/28/2021, 06/11/2021 | | |
| 05/02/2021-05/29/2021 | 15 | 178 | 0 | $4,135.49 | 178.87 | 06/11/2021. 06/25/2021,07/09/2021 | | |
| 05/30/2021-06/26/2021 | 18 | 214.5 | 0 | $4,275.77 | 184.94 | 07/09/2021, 07/23/2021, 08/06/2021 | | |
| 06/27/2021-07/24/2021 | 17 | 204 | 0 | $4,634.89 | 200.47 | 08/06/2021, 08/20/2021, 09/03/2021, 09/17/2021 | | |
| 07/25/2021-08/21/2021 | 19 | 213 | 16 | $3,490.19 | 150.96 | 09/03/2021, 09/17/2021, 10/01/2021 | | |
| 08/22/2021-09/18/2021 | 19 | 216 | 8 | $4,248 | 183.75 | 10/01/2021,10/15/2021, 10/29/2021 | ($190.78) | |
| 09/19/2021-10/16/2021 | 18 | 183 | 29.5 | $3,970.86 | 171.75 | 10/29/2021, 11/12/2021, 11/26/2021, 05/13/2022 | ($878.56) | |
| 10/17/2021-11/13/2021 | 8 | 91 | 4 | $2,248.42 | 97.25 | **(November 2021 paid 02/04/2022)** | | |
| 11/14/2021-12/11/2021 | 15 | 155.5 | 21 | $3,161.66 | 136.75 | 01/07/2022, 01/21/2022, 02/04/2022 | | |
| 12/12/2021-01/08/2022 | 11 | 126.5 | 4 | $4,228.56 | 182.90 | 1/21/2022, 02/04/2022. 05/13/2022 | | |
| 01/09/2022-02/05/2022 | 11 | 211 | 19 | $3,010.21 | 130.20 | 02/18/2022, 03/04/2022, 05/13/2022 | | |
| 02/06/2022-03/05/2022 | 12 | 140 | 8 | $2,910.24 | 125.88 | 03/18/2022, 04/01/2022 , 05/13/2022 | | |
| 03/06/2022-04/02/2022 | 11 | 116 | 12 | $3,436.07 | 148.62 | 04/29/2022, 05/13/2022 | | -32.6189 |
| 04/03/2022-04/30/2022 | 16 | 190 | 28 | $0.00 | 0.00 | Not paid for this period as of 05/13/2022 | | 190 |
| | | | | | | | | 0 |
| TOTALS | 236 | 2756 | 173.5 | $58,078.42 | 2512 | | 244 | |
| | | | | | | | | $5,640.30 |

| Pay Period | # STB Shifts | Total Actual STB Hours Worked | # OT hours | Paid Amount (STB) $ | Hours Paid for | Dates paid | Uknown Substractions Made |
|---|---|---|---|---|---|---|---|
| 02/07/2021-03/06/2021 | 13 | 144.5 | 8 | $5,249.36 | 220 | 03/05/2021, 03/19/2021, 04/02/2021, 04/16/2021 | |
| 03/07/2021-04/03/2021 | 11 | 128 | 0 | $2,994.68 | 126 | 04/16/2021, 04/30/2021, 05/14/2021 | |
| 04/04/2021-05/01/2021 | 13 | 145 | 8.5 | $2,474.46 | 104 | 05/28/2021, 06/11/2021 | |
| 05/02/2021-05/29/2021 | 12 | 117 | 22.5 | $1,941.33 | 81 | 06/25/2021, 07/09/2021 | |
| 05/30/2021-06/26/2021 | 13 | 126 | 26 | $2,851.14 | 119 | 07/09/2021, 07/23/2021, 08/06/2021 | |
| 06/27/2021-07/24/2021 | 12 | 131.5 | 10 | $2,746.83 | 115 | 08/06/2021, 08/20/2021, 09/03/2021 | |
| 07/25/2021-08/21/2021 | 12 | 135.5 | 8 | $2,306 | 97 | 09/03/2021, 09/17/2021, 10/01/2021 | |
| 08/22/2021-09/18/2021 | 16 | 189 | 0 | $2,141.54 | 90 | 10/01/2021, 10/15/2021, 10/29/2021 | |
| 09/19/2021-10/16/2021 | 9 | 106 | 12 | $4,115.85 | 173 | 11/12/2021, 11/26/2021 | |
| 10/17/2021-11/13/2021 | 18 | 208.5 | 4 | $4,730.24 | 198 | 12/10/2021, 12/23/2021 | |
| 11/14/2021-12/11/2021 | 16 | 178 | 12 | $4,247.08 | 178 | 12/23/2021, 01/07/2022, 02/04/2022 | |
| 12/12/2021-01/08/2022 | 18 | 198 | 12 | $3,149.51 | 132 | 1/21/2022, 02/04/2022, 02/18/2022 | |
| 01/09/2022-02/05/2022 | 9 | 98 | 8 | $3,275.10 | 137 | 02/18/2022, 03/04/2022, 03/18/2022 | |
| 02/06/2022-03/05/2022 | 11 | 120.5 | 8 | $2,543 | 107 | 4/15/2022 | |
| 03/06/2022-04/02/2022 | 14 | 140.5 | 23 | $2,759.73 | 116 | 04/15/2022, 04/29/2022, 05/13/2022 | |
| 04/03/2022-04/30/2022 | 10 | 113 | 16 | $0.00 | 0 | **No payment made** | |
| | | | | | | | |
| **TOTALS** | 207 | **2279** | 178 | $47,526.54 | **1992** | | 287 |
| | | | | | | $6,850.40 | |

| Pay Period | # STB Shifts | Total Actual STB Hours Worked | # OT hours | Paid Amount (STB) $ | Hours Paid for | Dates paid | Uknown Substractions Made |
|---|---|---|---|---|---|---|---|
| 02/07/2021-03/06/2021 | 12 | 131 | 8 | $5,938.33 | 269 | 03/05/2021, 03/19/2021, 03/19/2021, 04/02/2021, 04/16/2021 | |
| 03/07/2021-04/03/2021 | 16 | 188 | 0 | $2,636.24 | 119 | 04/16/2021,04/30/2021, 05/14/2021 | |
| 04/04/2021-05/01/2021 | 14 | 163 | 33 | $4,595.64 | 208 | 05/28/2021, 06/11/2021 | |
| 05/02/2021-05/29/2021 | 16 | 171 | 18.5 | $3,301.78 | 149 | 06/11/2021, 06/25/2021, 07/09/2021 | |
| 05/30/2021-06/26/2021 | 15 | 162 | 14 | $3,436.00 | 155 | 7/9/2021,07/23/2021, 08/06/2021 | |
| 06/27/2021-07/24/2021 | 17 | 185.5 | 18 | $2,898.04 | 131 | 08/06/2021, 08/20/2021, 09/03/2021 | |
| 07/25/2021-08/21/2021 | 17 | 199.5 | 0 | $2,003 | 91 | 09/03/2021, 09/17/2021, 10/01/2021 | |
| 08/22/2021-09/18/2021 | 10 | 108 | 8 | $3,017.33 | 136 | 10/01/2021, 10/15/2021, 10/29/2021 | |
| 09/19/2021-10/16/2021 | 17 | 161 | 35 | $3,448.38 | 156 | 10/29/2021, 11/12/2021, 11/26/2021 | |
| 10/17/2021-11/13/2021 | 17 | 164 | 34.5 | $3,453.90 | 156 | 4/1/2022 | **$2000.00 paid on 12/10/2021 and then subtracted  12/23/2021** |
| 11/14/2021-12/11/2021 | 18 | 186.5 | 25 | $3,343.41 | 151 | 12/23/2021, 02/04/2022 | |
| 12/12/2021-01/08/2022 | 10 | 103.5 | 12 | $1,436.82 | 65 | 01/21/2022, 02/04/2022, 02/18/2022 | |
| 01/09/2022-02/05/2022 | 9 | 104.5 | 0 | $3,683.81 | 167 | 3/4/2022 | |
| 02/06/2022-03/05/2022 | 13 | 149.5 | 4 | $2,599 | 118 | 3/18/2022 | |
| 03/06/2022-04/02/2022 | | | | | | | |
| 04/03/2022-04/30/2022 | | | | | | | |
| **TOTALS** | 201 | **2177** | 210 | $45,791.37 | **2071** | | 106 |
| | | | | | **$2,342.10** | | |

| Period | Col2 | Col3 | Col4 | Col5 | Col6 | Dates | Notes |
|---|---|---|---|---|---|---|---|
| 02/07/2021-03/06/2021 | 17 | 189 | 8 | $9,372.62 | 319 | 03/05/2021, 03/19/2021, 04/02/2021, 04/16/2021 | |
| 03/07/2021-04/03/2021 | 15 | 161.5 | 22 | $6,215.22 | 212 | 04/16/2021, 04/30/2021, 05/14/2021 | |
| 04/04/2021-05/01/2021 | 15 | 138 | 33 | $4,462.59 | 152 | 05/28/2021, 06/11/2021 | |
| 05/02/2021-05/29/2021 | 14 | 142.5 | 16.5 | $4,077.64 | 139 | 06/11/2021, 06/25/202, 07/09/2021 | |
| 05/30/2021-06/26/2021 | 16 | 159 | 26 | $3,450.31 | 117 | 07/9/2021, 07/23/2021, 08/06/2022 | |
| 06/27/2021-07/24/2021 | 18 | 190.5 | 19.5 | $3,849.52 | 131 | 08/06/2021, 08/20/2021, 09/03/2021 | |
| 07/25/2021-08/21/2021 | 15 | 154.5 | 20.5 | $5,508 | 188 | 09/03/2021, 09/17/2021, 10/01/2021, 10/29/2021 | |
| 08/22/2021-09/18/2021 | 20 | 233.5 | 6 | $3,510.23 | 120 | 10/01/2021, 10/15/2021, 10/29/2021 | |
| 09/19/2021-10/16/2021 | 15 | 138 | 34 | $1,821.25 | 62 | 10/29/2021, 11/12/2021, 11/26/2021 --------------------> | **1,549.53 subtracted** |
| 10/17/2021-11/13/2021 | 19 | 187.5 | 36.5 | $5,713.43 | 195 | 12/10/2021, 12/23/2021, 05/13/2022 | **947.34 subtracted** |
| 11/14/2021-12/11/2021 | 12 | 119.5 | 19.5 | $5,059.84 | 172 | 1/21/2022 | |
| 12/12/2021-01/08/2022 | 20 | 222 | 11 | $5,830.66 | 199 | 02/04/2022, 02/18/2022 | |
| 01/09/2022-02/05/2022 | 16 | 166 | 17 | $3,326.71 | 113 | 02/18/2022, 03/04/2022, 04/29/2022 | |
| 02/06/2022-03/05/2022 | 13 | 129.5 | 23.5 | $4,207 | 143 | 3/18/2022, 04/01/2022 | |
| 03/06/2022-04/02/2022 | 14 | 139.5 | 24 | $3,642.50 | 124 | 04/15/2022, 04/29/2022, 05/13/2022 | |
| 04/03/2022-04/30/2022 | 13 | 135 | 24 | $0.00 | 0 | **No payment for this period** | |
| | | | | | | | |
| **TOTALS** | 252 | **2605.5** | 341 | $70,047.29 | **2385** | | 221 |
| | | | | | | | **$6,584.29** |

| Pay Period | # STB Shifts | Total Actual STB Hours Worked | # OT hours | Paid Amount (STB) $ | Hours Paid for | Dates paid | Uknown Substractions Made |
|---|---|---|---|---|---|---|---|
| 02/07/2021-03/06/2021 | 15 | 163.5 | 12 | $5,600.15 | 216 | 03/05/202, 03/05/2021,03/19/2021, 04/02/2021, 04/16/2021 | |
| 03/07/2021-04/03/2021 | 10 | 94 | 22.5 | $2,731.79 | 105 | 04/16/2021, 04/30/2021, 05/14/2021 | |
| 04/04/2021-05/01/2021 | 12 | 120.5 | 20 | $3,013.10 | 116 | 05/28/2021, 06/11/2021, | |
| 05/02/2021-05/29/2021 | 14 | 154.5 | 9 | $3,638.22 | 140 | 06/25/2021, 07/09/2021 | |
| 05/30/2021-06/26/2021 | 15 | 161.5 | 17.5 | $1,812.87 | 70 | 07/23/2021, 08/06/2021 | |
| 06/27/2021-07/24/2021 | 13 | 135 | 20.5 | $3,263.15 | 126 | 08/06/2021, 08/20/2021, 09/03/2021 | |
| 07/25/2021-08/21/2021 | 14 | 167 | 1 | $3,151 | 121 | 09/03/2021, 09/17/2021, 10/01/2021 | |
| 08/22/2021-09/18/2021 | 14 | 160.5 | 6.5 | $3,927.63 | 151 | 09/03/2021, 09/17/2021, 10/01/2021, 10/15/2021, 10/29/2021 | |
| 09/19/2021-10/16/2021 | 15 | 164.5 | 17.5 | $3,303.07 | 127 | 10/29/2021, 11/12/2021, 11/26/2021 | |
| 10/17/2021-11/13/2021 | 15 | 146 | 31 | $7,993.04 | 308 | 12/10/2021, 12/23/2021, 02/04/2022 | |
| 11/14/2021-12/11/2021 | 10 | 105 | 14 | $0.00 | 0 | **NEVER PAID** | |
| 12/12/2021-01/08/2022 | 16 | 184.5 | 4 | $611.68 | 24 | 2/18/2022 | |
| 01/09/2022-02/05/2022 | 13 | 130 | 24.5 | $2,414.28 | 93 | 02/18/2022, 04/29/2022 | |
| 02/06/2022-03/05/2022 | 11 | 104.5 | 24 | $941 | 36 | 03/18/2022, 04/01/2022 | |
| 03/06/2022-04/02/2022 | 13 | 125 | 27.5 | $3,082.75 | 119 | 04/15/2022, 05/13/2022 | |
| 04/03/2022-04/30/2022 | 11 | 118.5 | 8 | $597.08 | 23 | 5/13/2022 | |
| | | | | | | | |
| TOTALS | 211 | **2234.5** | 259.5 | $46,080.10 | **1775** | | 459 |
| | | | | | | $11,927.52 | |