

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**DANIELLE M. DANDRIGE**
Labor & Employment Law Division
Phone: (212) 356-0889
ddandrig@law.nyc.gov

January 30, 2023

**VIA ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Kociubinski v. NYC Health and Hospital Corp.,
      22 Civ. 2865 (ENV) (CLP)

Dear Judge Pollak:

I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York,  and a colleague of Kerrin Bowers, who is the attorney assigned to represent defendant New York City Health and Hospitals Corporation ("H+H") in the above-referenced case.  I write, on Ms. Bower's behalf, to request a 30 day adjournment of the settlement conference currently scheduled for February 3, 2023, at 11:45 a.m. See December 2, 2022 Minute Entry.   This is defendant's first request for an adjournment of the settlement conference and is made with plaintiff's consent.

I seek the adjournment because Ms. Bowers is currently out on bereavement leave and is uncertain of her return date.   On January 27, 2023, upon receiving an inquiry from plaintiff's counsel about the status of the settlement conference and defendants' document review, I informed him that Ms. Bowers was on bereavement leave, but expressed my belief that she may return to the office on January 30, 2023. Subsequent to my conversation with Mr. Mizrahi, I contacted Ms. Bowers, who was uncertain when she would return from bereavement leave, and who requested that I seek a thirty day extension of all pending dates in this matter.   I informed Mr. Mizrahi thusly and he consented to the 30 day adjournment.   Accordingly, defendant seeks an adjournment of the settlement conference currently scheduled for February 3, 2023, to March 6, 2023, or to a date more convenient for the Court.

I appreciate the Court's attention and consideration of this request.

Respectfully submitted,
/s/
Danielle M. Dandrige
Assistant Corporation Counsel

cc:  Jason Mizrahi
     Attorney for Plaintiff