

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**DANIELLE M. DANDRIGE**
Labor & Employment Law Division
Phone: (212) 356-0889
ddandrig@law.nyc.gov

January 31, 2023

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:    Kociubinski v. NYC Health and Hospital Corp.,
22 Civ. 02865 (ENV) (CLP)

Dear Judge Vitaliano:

I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and a colleague of Kerrin Bowers, who is the attorney assigned to represent defendant New York City Health and Hospitals Corporation ("H+H") in the above referenced case. I write, on Ms. Bowers' behalf, pursuant to Your Honor's Individual Motion Practice and Rule I(H), to request an extension of the deadlines set forth in the current briefing schedule for defendant's motion to dismiss the complaint in part. See ECF Dkt. No. 21 and Dkt. Order, dated December 13, 2022. Plaintiffs consent to the defendant's request.

I seek the extension of time because Ms. Bowers is currently out on bereavement leave and is uncertain of her return date. As such, I sought, and received, an adjournment of the settlement conference that was scheduled for February 3, 2023. The settlement conference has been adjourned to March 23, 2023. See ECF Dkt. No. 23 and Minute Entry, dated January 30, 2023. In reviewing the parties' prior correspondence with the Court, it is my understanding that the parties wanted to participate in the settlement conference prior to engaging in motion practice. See ECF Dkt. No. 21. Given the foregoing, if the Court is agreeable, defendant seeks to have the briefing schedule deadlines extended as follows:

- Extending defendant's time to file its motion to dismiss in part from February 24, 2023, to April 13, 2023;
- Extending plaintiffs' time to file opposition from March 17, 2023, to May 4, 2023; and

- Extending defendant's time to file a reply from before March 31, 2023, to May 18, 2023.

Thank you for your consideration of this request.

Respectfully submitted,
/s/
Danielle M. Dandrige
Assistant Corporation Counsel

cc:  Counsel of Record (via ECF)