# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

May 30, 2023

***Via Electronic Filing***
The Honorable Cheryl L. Pollak, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Kociubinski v. NYC Health and Hospital Corp.*
> Case No.: 1:22-cv-02865-ENV-CLP

Dear Honorable Magistrate Judge Pollak:

This law firm represents Plaintiffs Renata Kociubinski, Penina Ben-Yosef, Yelena Mitrofanova and Jawwad Butt (collectively, the "Plaintiffs") in the above-referenced action.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an adjournment of the telephonic settlement conference scheduled for June 9, 2023, to one of the following proposed dates and times:

1. June 23, 2023;
2. June 30, 2023;
3. July 7, 2023;
4. July 13, 2023; or
5. July 14, 2023.

This is the first request of its kind, and is made on consent of Defendant New York City Health and Hospitals Corporation ("H+H", or the "Defendant")

If granted, this request would also necessitate a global extension of time of the briefing schedule on Defendant's motion to dismiss, as follows:

1. Defendant's motion to dismiss to be filed within four (4) weeks of the date of the continued virtual settlement conference;

2. Plaintiffs' opposition to the motion to dismiss to be filed within four (4) weeks of the date of the filing of Defendant's motion to dismiss; and

3. Defendant's reply to the motion to dismiss to be filed within one (1) week of Plaintiffs' opposition.

The basis of this request is that the undersigned will be traveling overseas from June 1, 2023, to, through and including, June 17, 2023, and will have extremely limited availability during this time.

We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:     */s/ Jason Mizrahi*
Jason Mizrahi
60 East 42nd Street, Suite 4747
New York, NY 10170
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*