

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**KERRIN A. BOWERS**
Labor & Employment Law Division
Phone: (212) 356-2473
kbowers@law.nyc.gov

June 8, 2023

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

> Re:   Kociubinski v. NYC Health and Hospital Corp.,
>        22 Civ. 02865 (ENV) (CLP)

Dear Judge Vitaliano:

I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendant. I write, pursuant to Your Honor's Individual Motion Practice and Rule I(H), to request an extension of the deadlines set forth in the current briefing schedule for defendant's motion to dismiss the complaint in part. See ECF Dkt. No. 27 and Dkt. Order, dated April 11, 2023. This is defendant's third request for an extension of time.[1] Defendant's first and second requests were granted. See Dkt. Order, dated February 1, 2023 and Dkt. Order, dated April 11, 2023. Plaintiff's counsel consents to this request.

As the Court is aware, the parties participated in a settlement conference on March 23, 2023. The next settlement conference has since been adjourned to July 13, 2023. See Minute Entry, dated June 1, 2023. An extension of time is being sought so that the parties may continue settlement discussions and attend the next settlement conference on July 13, 2023 prior to engaging in motion practice. In light of this, the parties ask that the Court allow the parties to

---

[1] Plaintiff's counsel filed a letter on May 30, 2023 seeking the same extension of the briefing schedule for the motion in light of his request for an adjournment of the June 9, 2023 settlement conference. See ECF Dkt. Nos. 28 and 29.

continue their participation in the settlement conference prior to proceeding with motion practice.

Given the foregoing, if the Court is agreeable, defendant seeks to have the briefing schedule deadlines extended as follows[2]:

- Extending defendant's time to file its motion to dismiss in part from June 15, 2023, to August 10, 2023;

- Extending plaintiffs' time to file opposition from July 6, 2023, to September 7, 2023 ; and

- Extending defendant's time to file a reply from before July 20, 2023, to September 21, 2023.

Thank you for your consideration of this request.

Respectfully submitted,
/s/
Kerrin A. Bowers
Assistant Corporation Counsel

cc:  Counsel of Record (via ECF)

---

[2] This schedule is in line with the schedule requested in plaintiff's counsel's May 30, 2023 letter, absent the schedule for reply.  Plaintiff's counsel has consented to allowing two weeks for reply.

2