UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

Renata Kociubinski, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

Plaintiff,

- against -

NYC Health and Hospital Corp. (d/b/a Coney Island Hospital),

Defendant.

---------------------------------------------------------------------- X

**DEFENDANT'S NOTICE OF MOTION TO PARTIALLY DISMISS THE COMPLAINT**

22 Civ. 02865 (ENV)(CLP)

 

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Partially Dismiss the Complaint, dated August 10, 2023, and upon all pleadings and proceedings had herein, Defendant will move this Court, at the United States Courthouse for the Eastern of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Eric N. Vitaliano, United States District Judge, at a time and date to be designated by the Court, for a judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, partially dismissing the Complaint, and further entering judgment accordingly for Defendant, and granting Defendant costs, fees, and disbursements together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to this Court's June 9, 2023 Order, answering papers, if any, shall be served on or before September 7, 2023, and reply papers, if any, shall be served on or before September 21, 2023.

Dated: Sayville, New York
       August 10, 2023

                                    **HON. SYLVIA O. HINDS-RADIX**
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for Defendant
                                    100 Church Street, 2nd Floor
                                    New York, New York 10007
                                    (212) 356-2473/(646) 939-7415
                                    kbowers@law.nyc.gov

                                By:        _/s/_____
                                        Kerrin A. Bowers
                                      Assistant Corporation Counsel

Cc:    Jason Mizrahi (by regular mail and electronic mail)
       *Attorney for Plaintiff*
       Levin-Epstein & Associates, P.C.
       60 East 42nd Street, Suite 4700
       New York, New York 10165
       jason@levinepstein.com