

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KERRIN A. BOWERS**
Labor & Employment Law Division
Phone: (212) 356-2473
kbowers@law.nyc.gov

September 25, 2023

**VIA ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: Kociubinski v. NYC Health and Hospital Corp.,
       22 Civ. 2865 (ENV)(CLP)

Dear Judge Pollak:

  I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendant New York City Health and Hospitals Corporation ("H+H") in the above-referenced case. I write on behalf of the parties to respectfully request that the settlement conference, currently scheduled for September 27, 2023, at 9:15 a.m., be adjourned to a date and time after October 31, 2023[1].

  The request is being made to allow depositions in the case to proceed prior to continuing with settlement discussions. The parties are working on scheduling depositions to be taken on or before October 31, 2023. The parties respectfully ask that they be permitted to file a joint status letter with the Court on November 1, 2023 to apprise the Court on the status of the case.

  We appreciate the Court's attention and consideration of these requests.

---

[1] The undersigned will be on vacation from November 3, 2023 until November 8, 2023.

                                                          Respectfully submitted,
                                                                 /s/
                                                          Kerrin A. Bowers
                                                          Assistant Corporation Counsel

cc: Jason Mizrahi, Attorney for Plaintiff