

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KERRIN A. BOWERS**
Labor & Employment Law Division
Phone: (212) 356-2473
kbowers@law.nyc.gov

November 1, 2023

**VIA ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Kociubinski v. NYC Health and Hospital Corp.</u>,
         22 Civ. 2865 (ENV)(CLP)

Dear Judge Pollak:

    I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendant New York City Health and Hospitals Corporation ("H+H") in the above-referenced case.  I write on behalf of the parties to provide the Court with a status report per the Court's September 25, 2023 Order.

    Due to scheduling issues in October, the parties are working on scheduling depositions to be taken on or before December 6, 2023.  The parties respectfully ask that they be permitted to file a joint status letter with the Court on December 11, 2023 to apprise the Court on the status of the case.

    We appreciate the Court's attention and consideration of this request.

         Respectfully submitted,
         /s/
         Kerrin A. Bowers
         Assistant Corporation Counsel

cc:  Jason Mizrahi, Attorney for Plaintiff