

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **LAURA C. WILLIAMS**<br>Labor & Employment Law Division<br>Phone: (212) 356-2435<br>lawillia@law.nyc.gov |

February 2, 2024

**VIA ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Kociubinski v. NYC Health and Hospital Corp.</u>,
             22 Civ. 2865 (ENV)(CLP)

Dear Judge Pollak:

    I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant New York City Health and Hospitals Corporation ("H+H") in the above-referenced case. I write on behalf of the parties to provide the Court with a status report per the Court's December 12, 2023 Order.

    The parties are still in the process of scheduling depositions in the above-referenced matter. The attorney previously assigned to represent H+H in this case, Kerrin Bowers, commenced parental leave earlier than anticipated. Another attorney from this office will be assigned to the case shortly, and will work with Plaintiff's counsel to scheduled depositions. The parties respectfully ask that they be permitted to file a joint status letter with the Court on March 29, 2024 to apprise the Court on the status of the case.

    We appreciate the Court's attention and consideration of this request.

                                         Respectfully submitted,
                                         /s/
                                         Laura C. Williams
                                         Assistant Corporation Counsel

cc: Jason Mizrahi, Attorney for Plaintiff