

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**LAURA C. WILLIAMS**
Labor and Employment Law Division
Telephone: (212) 356-2435
E-mail: lawillia@law.nyc.gov

July 11, 2024

**<u>Via ECF</u>**
Hon. Cheryl L. Pollack
United States Magistrate Judge
Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** ***Renata Kociubinski et al. v. NYC Health and Hospital Corp.***
> **1:22-cv-02865-ENV-CLP**

Dear Judge Pollack:

I am a Senior Counsel in the Office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York attorney for Defendant New York City Health and Hospitals Corporation d/b/a/ NYC Health + Hospitals ("H+H") in the above-referenced action.

I write to respectfully request that the Court adjourn the deposition of non-party witness Toni Louis, currently scheduled for July 15, 2024 at 10:00 a.m. pursuant to the status letter filed by the parties on June 19, 2024. *See* ECF Doc. No. 42. This adjournment is necessary because Ms. Louis recently underwent surgery and, as a result, is currently out on medical leave, and is not scheduled to return to work until early September 2024.

Plaintiffs' counsel, Mr. Mizrahi, does not consent to this request. When asked why he did not consent, Mr. Mizrahi responded that Ms. Louis is under a Court order to appear for her deposition on July 15, 2024. Plaintiff's counsel then further inquired about the specifics of Ms. Louis' personal medical condition, but out of respect for Ms. Louis' privacy, we declined to provide Mr. Mizrahi with further details about Ms. Louis' medical situation.

We are particularly surprised by Mr. Mizrahi's position, because, on July 6, 2024, he unilaterally cancelled the deposition of another non-party witness, Leonid Mericov, which had been set for July 8, 2024 pursuant to the same deposition schedule. Defendant is prepared to reschedule Mr. Mericov's deposition as a matter of professional courtesy.

Accordingly, Defendant requests that this Court adjourn Ms. Louis' deposition *sine die* to a future date that will be mutually agreed-upon by the parties following Ms. Louis' return from her medical leave.  We appreciate the Court's attention to this request.

Respectfully submitted,

/s/
Laura C. Williams
*Senior Counsel*

cc:    **Via ECF**
Jason Mizrahi, Esq.
*Attorney for Plaintiffs*
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, New York 10165