**LEVIN-EPSTEIN & ASSOCIATES, P.C.**
_____
60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

April 28, 2025

***Via Electronic Filing***
The Hon. Cheryl L. Pollak, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                    Re:     *Kociubinski v. NYC Health and Hospital Corp.*
                               Case No.: 1:22-cv-02865-ENV-CLP

Dear Honorable Magistrate Judge Pollak:

       This law firm represents Plaintiffs Renata Kociubinski, Penina Ben-Yosef, Yelena Mitrofanova and Jawwad Butt (collectively, the "Plaintiffs") in the above-referenced action.

       Pursuant to Your Honor's Individual Motion Practice Rules, the following letter respectfully serves to provide a status update in the above-referenced matter.

       Despite the clear directives made during the January 14, 2025 Status Conference, and contained in Your Honor's March 6, 2025 Electronic Order, H+H has failed to communicate a settlement proposal, in response to Plaintiffs' March 22, 2023 Settlement Demand. ***Over the course of the last three (3) months***, the undersigned has emailed counsel for H+H nearly ***sixteen (16) times***, to request H+H's settlement offer. H+H has inexplicably failed to follow Your Honor's clear and unequivocal directives, and instead, has opted to needlessly delay and prolong the proceedings.

       In light of the foregoing, it is respectfully requested that the Court convert the virtual settlement conference scheduled for May 1, 2025 at 11:45 a.m. into a final pretrial conference[1], and set a deadline for the parties to file the joint pretrial materials.

       Thank you, in advance, for your time and attention to this matter.

                             Respectfully submitted,

                             LEVIN-EPSTEIN & ASSOCIATES, P.C.

                             By: */s/ Jason Mizrahi*
                                  Jason Mizrahi, Esq.
                                  60 East 42nd Street, Suite 4700
                                New York, New York 10165
                                Tel. No.:  (212) 792-0048
                                Email: Jason@levinepstein.com
                                *Attorneys for Plaintiffs*

VIA ECF: All Counsel

---

[1] By way of background, all fact discovery in the instant action closed as of November 20, 2024. *See* Dckt. No. 53.

1