

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SABRINA T. SMITH**
Labor & Employment Law Division
Phone: (212) 356-1181
sabsmith@law.nyc.gov
(email for not service)

April 29, 2025

**VIA ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Renata Kociubinski et al v. NYC Health and Hospital Corp.,
22 Civ. 2865 (ENV)(CLP)

Dear Judge Pollak:

I write on behalf of Defendant to respectfully request an adjournment of the upcoming settlement conference from May 1, 2025 to June 18, 2025, or to another date thereafter that is convenient to the Court, and for the time for Defendant to serve its settlement response to Plaintiffs likewise be adjourned to June 11, 2025, or one week before the settlement conference. Defendant previously requested, and the Court granted, an adjournment of the conference from March 13, 2025 to April 28, 2025[1]. No other deadlines are impacted by this request. Plaintiffs do not consent to this request and has indicated their preference to proceed to trial. *See* ECF Dkt. No. 55.

As Defendant has conveyed to Plaintiffs' counsel in requesting their position, this adjournment is necessary because our Office is continuing internal discussions to formulate a counteroffer. Since the previous adjournment, Defendant has worked with its economic expert to evaluate and respond to Plaintiffs' demand. At this time, Defendant's expert has outstanding questions that must be addressed with both our Office and the agency client. As part of our Office's protocol, settlement authority approval is also required to finalize the counteroffer. In addition, the undersigned had been inundated with pressing federal court deadlines beginning in March 2025,

---

[1] Per the recent scheduling order, the Court recently rescheduled the conference from April 29, 2025 to May 1, 2025. *See* ECF Dkt. Order dated April 16, 2025.

which have only recently been alleviated. Accordingly, I respectfully request that the Court grant the relief sought herein.

I thank the Court for its consideration of this request.

Respectfully submitted,
/s/
Sabrina T. Smith
Assistant Corporation Counsel

cc:  Jason Mizrahi, Attorney for Plaintiff