

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SONYA GIDUMAL CHAZIN
Labor & Employment Law Division
Phone: (212) 356-0890
schazin@law.nyc.gov
(email for not service)

November 10, 2025

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Renata Kociubinski et al v. NYC Health and Hospital Corp.,
22 Civ. 2865 (ENV)(CLP)

Dear Judge Vitaliano:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and represent Defendant in the above-captioned matter. I write to respectfully request a three-week extension of the deadline to file Defendant's motion for summary judgment.. The current briefing schedule was set by the Court's October 24, 2025, Order. Plaintiff's attorney has consented tot his request.

The requested extension is necessary to allow sufficient time to confer with the client regarding the motion. Due to scheduling conflicts and the number of holidays in November, including the Thanksgiving recess, it has been difficult to coordinate the necessary discussions and final review.

Accordingly, Defendant respectfully requests that the deadline to file the motion for summary judgment be extended by three week, from November 14, 2025 to December 5, 2025, with corresponding extensions for Plaintiff's opposition and Defendant's reply.

This is Defendant's first request for an extension of this deadline.  Thank you for Your Honor's consideration of this request.

Respectfully Submitted,

Sonya Gidumal Chazin
Assistant Corporation Counsel

cc:    All Counsel of Record (via ECF)

2